TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK (CBN 236173)
Assistant United States Attorney
Chief, Financial Litigation Section
ZORAN J. SEGINA (CBN 129676)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-8341
    Facsimile: (213) 894-7819
    Email: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW BRYAN WELLMAN-MACKIN,<br><br>    Defendant. | No. CV 22-00974<br><br>[CR 11-542-JFW]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF:**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE INFINITY WARD, INC.**<br>**[28 U.S.C. § 3205(b)]**<br><br>   and<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR**<br>**[28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court order issuing a writ of continuing garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Matthew Bryan Wellman-Mackin*, CR 11-542-JFW.  In connection with this request, the United States also seeks the issuance of a clerk's notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On October 19, 2012, the Court entered an order imposing the following criminal judgment debt against defendant-judgment debtor Matthew Bryan Wellman-Mackin ("Defendant"):

- Restitution: $196,695.94
- Special assessment: $100.00

Defendant's social security number is ***-**-1662, and Defendant resides in Thousand Oaks, California.  As of February 11, 2022, Matthew Bryan Wellman-Mackin's criminal debt balance is $190,985.94.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee Infinity Ward, Inc. is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that Infinity Ward, Inc. pays nonexempt disposable earnings to Matthew Bryan Wellman-Mackin.  By and through this writ of garnishment, the United States seeks to garnish 25% of Matthew Bryan Wellman-Mackin's disposable earnings for each pay period that Infinity Ward, Inc. owe or will owe, money or property to Matthew Bryan Wellman-Mackin.  28 U.S.C. § 3205 (b)(1)(C); *see also* 15 U.S.C. § 1673.  Disposable earnings are calculated after applicable federal, state, and local taxes are deducted from Matthew Bryan Wellman-Mackin's gross earnings.  15 U.S.C. § 1672(b).

///

///

The name and address of Garnishee or the Garnishee's authorized agent is:

**Infinity Ward, Inc.**
**c/o CSC - Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, California 95833**

Dated:  February 11, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Financial Litigation Section

/s/ Zoran J. Segina
ZORAN J. SEGINA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America